UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN LEWIS LISCH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. KOLMAN, Medical Program Manager, et al.,<br><br>　　　　Defendants | No. C 14-0463 MEJ (PR)<br><br>**ORDER OF DISMISSAL** |

　　On January 30, 2014, Plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On May 7, 2014, the Court dismissed Plaintiff's complaint with leave to amend, and directed Plaintiff to file an amended complaint within twenty-eight days. Plaintiff was cautioned that his failure to file his amended complaint within twenty-eight days would result in the dismissal of this action. To date, Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Thus, the instant action is DISMISSED without prejudice. The Clerk shall enter judgment and close the file.

　　IT IS SO ORDERED.

DATED: June 19, 2014

　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge